# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY MULCHER, | : | |
| Plaintiff | : | |
| | : | CIVIL NO. 3:15-CV-0032 |
| v. | : | |
| | : | (JUDGE NEALON) |
| STEVEN GREENWALD, ET AL., | : | (MAGISTRATE JUDGE CARLSON) |
| Defendant | : | |

## ORDER

**NOW**, THIS 12TH DAY OF FEBRUARY, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The rationale of the Report and Recommendation, (Doc. 8), is **ADOPTED,** but the conclusion of the Report and Recommendation to dismiss Plaintiff's complaint and amended complaint without prejudice is **NOT ADOPTED**;

2. The Complaint, (Doc. 1), and the Amended Complaint, (Doc. 6), are **DISMISSED with prejudice** as leave to amend would be futile;

3. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the sole purpose of filing this action;

4. The Clerk of Court is directed to **CLOSE** this case; and

5. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ William J. Nealon
**United States District Judge**